UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 6 2013

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § § § § | CRIMINAL NO. |
| ISRAEL GARZA | § § | L-13-1064 |

MGM

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about September 18, 2013, in the Southern District of Texas, and elsewhere, and within the jurisdiction of the Court, Defendant,

**ISRAEL GARZA,**

did knowingly conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance. This violation involved a quantity of 5 kilograms and more of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

On or about September 18, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**ISRAEL GARZA,**

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 5 kilograms and more of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
Sanjeev Bhasker
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

CRIMINAL DOCKET **L-13-1064**

NO._____

LAREDO   DIVISION

FILE: 13-25889  13-MJ-01450-L
INDICTMENT

Filed: **OCT 1 6 2013**

Judge: _____

UNITED STATES OF AMERICA

VS.

**ISRAEL GARZA**

ATTORNEYS:

KENNETH MAGIDSON, USA
Sanjeev Bhasker, AUSA

**CHARGE:**

Ct. 1:   Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine
[21 USC 846, 841(a)(1) & 841(b)(1)(A)]

Ct. 2:   Possess with intent to distribute 5 kilograms or more of cocaine
[21 USC 841(a)(1) & 841(b)(1)(A)]

**TOTAL COUNTS: 2**

**PENALTY:**   Cts.1-2:   10 Years to Life and/or $10 MILLION, $100 Special Assessment,
At least a 5 Year Term of Supervised Release

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: